**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**UNITED STATES OF AMERICA,**

                                    **DOCKET NO. 3:20cr417**

        **V.**                             **ORDER TO DISMISS**

**SHIRLEY ANN BLAKENEY**

_____

   **THIS MATTER IS BEFORE THE COURT** Pursuant to Rule 48(a) of the Federal Rules of
Criminal Procedure to dismiss the above-captioned Bill of Information in without prejudice.

   **IT IS ORDERED**, that Motion (Doc. No.24 ) is **GRANTED.**

Signed: August 30, 2022

Frank D. Whitney
United States District Judge